■ In the Matter of ANTHONY J. DeCINTIO, Petitioner, v SUPREME COURT OF THE STATE OF NEW YORK, SUFFOLK COUNTY, et al., Respondents. [748 NYS2d 69]

By decision and order of the Supreme Court, Westchester County, entered March 21, 2001, the actions were joined for trial in the Supreme Court, Suffolk County. Feuerstein, J.P., Friedmann, Schmidt and Rivera, JJ., concur.